# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

APRIL MARIE FORD

NO. 2023 KW 0495

**AUGUST 14, 2023**

---

In Re:    April Marie Ford, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2202280.

---

BEFORE:    **McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT GRANTED.** A lawful detention for questioning *does not automatically* give the officer authority to conduct a pat-down for weapons. **State v. Sims,** 2002-2208 (La. 6/27/03), 851 So.2d 1039, 1043 (emphasis added). "If a police officer lawfully pats down a suspect's outer clothing and feels an object whose contour or mass makes its identity immediately apparent, there has been no invasion of the suspect's privacy beyond that already authorized by the officer's search for weapons." See **Minnesota v. Dickerson,** 508 U.S. 366, 375-76, 113 S.Ct. 2130, 2137, 124 L.Ed.2d 334 (1993); **State v. Temple,** 2002-1895 (La. 9/9/03), 854 So.2d 856. Even if the pat-down was justified, none of the evidence indicates that the item inside relator's pocket was readily identifiable by its "plain feel." Accordingly, the district court's ruling denying relator's motion to suppress is reversed and this matter is remanded for further proceedings.

PMc

CHH

**Miller, J.,** dissents. Based upon the district court's finding that the probation officers were acting in good faith, I would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT